UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK A. BRIGLIA,<br><br>    Plaintiff,<br><br>    v.<br><br>HORIZON HEALTHCARE SERVICES, INC., et al.,<br><br>    Defendants. | Civil Action No.<br>03-6033-NLH-JS<br><br>**ORDER** |

**APPEARANCES**:

Frank P. Spada, Jr., Esquire
Jeffrey A. Carr, Esquire
PEPPER HAMILTON LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543

    *Attorneys for Plaintiff*

James M. Mets, Esquire
Kevin McGovern, Esquire
Roosevelt Porter, Esquire
METS, SCHIRO & McGOVERN, LLP
P.O. Box 668
Woodbridge, NJ 07095

    *Attorneys for Defendants*

**HILLMAN, District Judge**

    For the reasons expressed in the Court's Opinion entered on this date; and

    For good cause shown;

    IT IS on this 21st day of October, 2010, hereby

    **ORDERED** that as a result of an eleven-day bench trial, **JUDGMENT** shall be entered in favor of Plaintiff on Count III of

Plaintiff's Amended Complaint; and it is further

**ORDERED** that **JUDGMENT** shall be entered in favor of Defendants on Count VI and Count VII of Plaintiff's Amended Complaint; and it is further

**ORDERED** that Defendant New Jersey Bricklayers and Allied Craftsman Health Fund shall pay Plaintiff in the amount of $670,539.58; and it is further

**ORDERED** that Plaintiff may file a motion for prejudgment interest within twenty (20) days of the entry of this Order, and the Defendants may file any response ten (10) days thereafter.

                                         s/ Noel L. Hillman

                                         HON. NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey